UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 18-24031-CIV-WILLIAMS

MARLON COSTA,
MARIIA MYTROFANOVA, and
ANASTASIIA MOLOTKOVA,

Plaintiffs,

v.

GROVE FINE ART LLC
d/b/a Grove Fine Art, a Florida corporation
VIA ART GALLERY INC., a Florida corporation,
VIA WORLD ART GALLERY, LLC a Florida corporation,
SILVIA CASTRO and LESLIE ROBERTS a/k/a
HOWARD ROBERTS, individuals.

Defendants.

---

**PLAINTIFFS' STATEMENT OF CLAIMS**

---

COME NOW Plaintiffs, MARLON COSTA, MARIIA MYTROFANOVA and ANASTASIIA MOLOTKOVA ("Plaintiffs"), by and through the undersigned attorney, and hereby file their Statement of Claims of unpaid minimum and overtime wages, pursuant to Court Order DE 5. At this time, Plaintiffs are not in possession of all of their time and pay records throughout the relevant time period, and reserve their right to amend as litigation proceeds.

**For Plaintiff MARLON COSTA**

**Period Claimed:** COSTA worked for Defendants from approximately November, 2017 to July 22, 2018 and was paid an hourly rate of $12 per.

**Weeks:** 37, approximately.


LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

**<u>Hours Worked:</u>** COSTA worked in excess of 40 hours in a work week but was not paid the premium portion ($6/hr.) for the overtime hours he worked.

**<u>Overtime Wages</u>**: COSTA estimates that he worked 125.5 overtime hours for which he was paid the straight time wage of $12/hr. instead of the overtime premium rate of $18/hr. COSTA estimates he is owed $753.00 in unpaid overtime wages.

With an equal amount of liquidated damages for these willful violations COSTA is owed a total of $1,506.00.

**<u>For Plaintiff MARIIA MYTROFANOVA</u>**

**<u>Period Claimed:</u>** MYTROFANOVA worked for Defendants as an art gallery assistant from approximately June 2017 to July 2018 and was paid an hourly rate of $12 per.

**<u>Weeks Weeks:</u>** 59, approximately.

**<u>Hours Worked:</u>** MYTROFANOVA worked in excess of 40 hours in a work week but was not paid the premium portion ($6/hr.) for the overtime hours she worked.

**<u>Overtime Wages</u>**: MYTROFANOVA estimates that she worked 104 over time hours for which she was paid the straight time wage of $12/hr. instead of the overtime premium rate of $18/hr. MYTROFANOVA estimates she is owed $624.00 in unpaid overtime wages.

With an equal amount of liquidated damages for these willful violations MYTROFANOVA is owed a total of $1,248.00.

**<u>For Plaintiff ANASTASIIA MOLOTKOVA</u>**

**<u>Period Claimed:</u>** MOLOTKOVA worked for Defendants as an art gallery assistant from approximately October 2017 to May 2018 and was paid an hourly rate of $12 per.

**<u>Weeks:</u>** 30, Approximately



LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

**Hours Worked:** MOLOTKOVA worked in excess of 40 hours in a work week but was not paid the premium portion ($6/hr.) for the overtime hours she worked.

**Overtime Wages**: MOLOTKOVA estimates that she worked 14.5 over time hours for which she was paid the straight time wage of $12/hr. instead of the overtime premium rate of $18/hr. MOLOTKOVA estimates she is owed $87.00 in unpaid overtime wages. With an equal amount of liquidated damages for these willful violations MOLOTKOVA is owed a total of $174.00.

**Attorneys' Fees and Costs:** Plaintiffs' attorney has spent 7.25 hours at $350.00 per hour ($2,537.50), and has approximately $800.00 in costs for filing and service.

Dated: October 19, 2018.

/s/ Lowell J. Kuvin
Fla. Bar No.:53072
lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin, LLC
17 East Flagler St. Suite 223
Miami Florida 33131
Tele: 305.358.6800
Fax: 305.358.6808
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 19, 2018, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.