UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No: 1:18-cv-24031-Torres
(Consent Case)

MARLON COSTA,
MARIIA MYTROFANOVA, and
ANASTASIIA MOLOTKOVA,

        Plaintiffs,

v.

GROVE FINE ART LLC
d/b/a Grove Fine Art, a Florida corporation
VIA ART GALLERY INC., a Florida
corporation, VIA WORLD ART GALLERY,
LLC a Florida corporation, SILVIA CASTRO
and LESLIE ROBERTS a/k/a
HOWARD ROBERTS, individuals.

        Defendants.
_____/

## NOTICE OF SATISFACTION OF SETTLEMENT AGREEMENT

Plaintiffs, MARLON COSTA and MARIIA MYTROFANOVA and ANASTASIIA MOLOTKOVA (herein "Plaintiffs"), by and through the undersigned counsel, file their Notice of Satisfaction of Settlement Agreement and state the following:

1. On August 19, 2019, the Court approved the settlement terms reached by the parties.

2. Pursuant to the Agreement, the Defendants were required to make payments to Plaintiffs' Counsel, which were to be distributed to the Plaintiffs; a portion of which was to be applied to the attorney's fees and costs associated with the litigation.

3. Defendants have made all of the required payments and the settlement monies have been paid to the Plaintiffs.

DATED: May 19, 2020.

/s/ Lowell J. Kuvin
Lowell J. Kuvin
Fla. Bar No.: 53072
lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin, LLC
17 East Flagler St., Suite 223
Miami, Florida 33131
Tel: 305.358.6800
Fax: 305.358.6808
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of the foregoing to be filed with the Court via the CM./ECF system