UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 1:18-cv-24031-KMW

MARLON COSTA,
MARIIA MYTROFANOVA, and
ANASTASIIA MOLOTKOVA,

        Plaintiffs,
v.

GROVE FINE ART LLC
d/b/a Grove Fine Art, a Florida
corporation, VIA ART GALLERY INC.,
a Florida corporation, VIA WORLD
ART GALLERY, LLC a Florida
corporation, SILVIA CASTRO and
LESLIE ROBERTS a/k/a HOWARD ROBERTS,
individuals.

        Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to this Court's Paperless Administrative Order (D.E. 39), Plaintiffs, Marlon Costa, Mariia Mytrofanova, and Anastasiia Molotkova, and the Defendants, Grove Fine Art LLC d/b/a Grove Fine Art, Via Art Gallery Inc., Via World Art Gallery, LLC, Silvia Castro and Leslie Roberts a/k/a Howard Roberts, hereby agree to the mutual dismissal with prejudice of this lawsuit with each party bearing their own attorneys' fees and costs because of the completion of all settlement payments. By signing this stipulation, the parties request that the Court enter an Order directing the Clerk of the Court to close the case, but with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement, which were placed on the record at the settlement conference before the Court (*See* D.E. 39).

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| **LAW OFFICES OF LOWELL J. KUVIN, LLC**<br>17 East Flagler Street, Suite 223<br>Miami, FL 33131<br>Tel: (305) 358-6800<br>Fax: (305) 358-6808<br>E-mail: lowell@kuvinlaw.com<br><br><br>By: */s/ Lowell J. Kuvin*<br>      Lowell J. Kuvin, Esq.<br>      Florida Bar No.: 53072<br>      *Counsel for Plaintiffs* | **LAW OFFICES OF AARON RESNICK, P.A.**<br>100 Biscayne Blvd., Suite 1607<br>Miami, FL 33132<br>Tel: (305) 672-7495<br>Fax: (305) 672-7496<br>E-mail: mgreenberg@thefirmmiami.com<br>           efile@thefirmmiami.com<br><br>By:  */s/ Michael Greenberg*<br>      Michael S. Greenberg, Esq.<br>      Florida Bar No.: 105955<br>      *Counsel for Defendants* |